J. S. WOODHOUSE Co., INC., Respondent, v. DAY-ELDER MOTOR TRUCKS OF NEW YORK, INC., Appellant.— Order granting summary judgment, and judgment entered thereon, affirmed, with ten dollars costs and disbursements. Order denying defendant's motion to compel plaintiff to accept amended answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

HYMAN KAHN, Respondent, v. NATHAN COHEN, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Kahn* v. *Cohen*, decided herewith [*post*, p. 805]. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

SARAH KAHN, Respondent, v. NATHAN COHEN, Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The defendant was entitled to know the malady from which plaintiff claims she was suffering. This was an essential part of her cause of action, and a bill of particulars would not give the defendant the relief to which he was entitled. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

HELEN LEACY, as Administratrix, etc., of GEORGE LEACY, Deceased, Appellant, v. RICHARDSON SCALE COMPANY, Respondent.— Order denying plaintiff's motion to open default and to vacate and set aside the judgment of dismissal entered thereon, reversed on the law and the facts, without costs, and motion to open default granted, upon condition that within ten days from the entry of the order on this motion the taxable costs to date be paid by plaintiff to defendant, and, in addition thereto, the sum of $279, the expenses paid by defendant in bringing on the witness from Houston, Tex. Rich, Manning, Kelby and Young, JJ., concur; Kelly, P. J., dissents.

ALBERT LEVY and Others, Copartners, etc., Respondents, v. NICOLA CARBONE and Another, Appellants.— Judgment modified by striking out the provision therein making Rosie Carbone liable for any deficiency which may arise upon the sale of the mortgaged property, and, further, by an appropriate provision directing the return to Rosie Carbone of the diamond earrings pledged by her in the event that the mortgaged real estate brings an amount sufficient to pay the plaintiffs' claim; and as modified unanimously affirmed, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MARJOHN REALTY COMPANY, INC., Respondent, v. CITY OF LONG BEACH and Others, Appellants. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

ETHEL S. MEHLMAN, Appellant, v. MAJESTIC HOMESITE Co., INC., Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to vacate notice of examination denied, with ten dollars costs. No opinion. Jaycox, Kelby, Young and Kapper, JJ., concur; Kelly, P. J., dissents.